` 

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**MARY MEDLEY and
JOHN PAUL THORPE
on behalf of the deceased
BETTY THORPE, MARY
MEDLEY, JIM ANDERSON,
and STEPHANIE LUMPKINS,
individually,**

      Plaintiffs,

                                   CASE NUMBER: 1:18-1076-JDB-jay

v.

**AARAV KHUSHI, INC.,
and SURESH PATEL,
individually,**

      Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 7/10/2019, this case is DISMISSED with prejudice, with each party to bear its costs.

**APPROVED:**

                                                        <u>s/J. Daniel Breen</u>
                                                         **United States District Judge**

**THOMAS M. GOULD
CLERK
BY: s/ Evelyn Cheairs
DEPUTY CLERK**